## IN THE MATTER OF WILLIAM McDOWELL SCOTT, MARSHAL

### 1809

#### JOURNAL ENTRIES

1. Order to pay fine . . . . . . . . . *Journal, infra, *p. 246

#### PAPERS IN FILE
[None]

## THOMAS FORSYTH, JOHN RICHARDSON AND JOHN FORSYTH, MERCHANTS IN COMPANY AT MONTREAL UNDER THE FIRM OF FORSYTH, RICHARDSON & CO.
### v.
## ROBERT AND JAMES ABBOTT

### 1809

#### JOURNAL ENTRIES

1. Declaration filed; appearance; judgment . . *Journal, infra, *p. 247

#### PAPERS IN FILE
[None]